

# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

March 16, 2015

Lauren A. Scott
Assistant District Attorney
Paul Elizondo Tower, Third Floor
101 W. Nueva
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Robert Sirianni Jr.
400 North New York, Suite 215
Winter Park, FL 32789
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     04-13-00637-CR
        Trial Court Case Number:     2012CR2446
        Style:  Jeffrey Theisen
                        v.
                The State of Texas

The Court has this date issued the Mandate in the above styled and numbered cause.

Very truly yours,
KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853
Deputy Clerk, Ext. 53853